IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STOCKBRIDGE CAPITAL
INVESTORS, INC.;

    Plaintiff;

v.                                                                                          No. 12-cv-0458 SMV/LAM

JAMES WATERS; JUDITH WATERS;
HERMAN & WATERS CONSTR. DEV., LLC;
FIGUEROA CONSTR., INC.;
ISRAEL FIGUEROA; HENRY WATERS;
JANE DOE FIGUEROA; JOHN DOES 1–10;
JANE DOES 1–10; WHITE CORPS. 1–10;
BLACK P'SHIPS 1–10;

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed its Complaint [Doc. 1] on April 30, 2012. More than 120 days have elapsed since the filing of the Complaint, but it appears from the record that no defendant has been served. *See* Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff show cause no later than **September 12, 2012**, why the action should not be dismissed without prejudice for failure to serve.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**